**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ROCARDO[1] DAVID ARAUZ-CEDENO,

Petitioner,

v. Case No. 2:26-cv-00900 KWR-GJF

WARDEN, *Otero County Processing Center*,
TODD M. LYONS, *Acting Director of Immigration And Customs Enforcement*,
MARY DE ANDA-YBARRA, *El Paso Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

Respondents.

**ORDER**

**THIS MATTER** comes before the Court on the following motions:

- Petitioner's Emergency Motion to Reconsider Order Denying Immediate Release (Doc. 9);
- Motion to Dismiss Habeas Corpus (Doc. 10); and
- Motion to Dismiss Habeas Corpus (Doc. 11).

[1] The Petition spells his first name "Rocardo." However, elsewhere in the record, it appears his name is spelled "Ricardo." *See, e.g.,* Doc. 1 at 10.

The Court granted the habeas petition in part and ordered a bond hearing. Petitioner subsequently filed a motion to reconsider, requesting the Court release him instead. *See* Doc. 9. He also challenged the outcome of his bond hearing. He then filed two "motions to dismiss" which the Court interprets as a request to withdraw his motion to reconsider.

Having considered the record, Petitioner's Motions to Dismiss (Doc. 10 and 11) are **GRANTED** to the extent he requests the Court deny the Motion to Reconsider. The Motion to Reconsider (Doc. 9) is **DENIED AS WITHDRAWN**.

**IT IS SO ORDERED.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE